Fredric Travis

Pay Period E&L Details

| Code | Description | Hours P/P | Hours YTD | Amount P/P |
|---|---|---|---|---|
| | **Year, Pay Period** | **Employing Agency** | | |
| | 2025, 22 (11/02/2025 to 11/15/2025) | AGRICULTURAL MARKETING SERVICE | | |
| 01 | REGULAR TIME | 50.00 | 1,222.50 | 1,708.00 |
| 04 | SUNDAY DIFFERENTIAL | | 44.50 | |
| 05 | SUN DIFF W/NIGHT DIFF | | 5.50 | |
| 11 | NIGHT DIFFERENTIAL | 3.75 | 80.75 | 12.83 |
| 19 | OVERTIME OVER 8 | 8.00 | 22.25 | 387.04 |
| 21 | OVERTIME - PREMIUM RATE | | 122.25 | |
| 25 | OT OVER 40 W/NIGHT DIFF | | 27.25 | |
| 26 | OT OVER 8 W/NIGHT DIFF | 1.25 | 5.75 | 60.47 |
| 31 | HOLIDAY WORKED | | 30.00 | |
| 34 | FLSA | 9.25 | 177.50 | 27.56 |
| 61 | ANNUAL LEAVE | | 24.50 | |
| 62 | SICK LEAVE | | 6.00 | |
| 66 | OTHER LEAVE | | 30.00 | |
| ** | **** PAY PERIOD HOURS & GROSS PAY **** | 59.25 | | 2,195.90 |
| 75 | RETIREMENT | | | 89.06 |
| 75 | TSP-FERS | | | 40.48 |
| 75 | ROTH TSP-FERS | | | 60.72 |
| 76 | SOCIAL SECURITY (OASDI) | | | 131.66 |
| 77 | FEDERAL TAX EXEMPTS MS<br>EXTRA FEDERAL TAX | | | |
| 78 | ST TAX MO EXEMPTS S00<br>EXTRA STATE TAX | | | 64.00<br>10.00 |
| 81 | FEGLI- COVERAGE $ $38,000 | | | 6.08 |
| 83 | FEHBA - ENROLL CODE 105 | | | 781.76 |
| 83 | DENTAL PLAN | | | 55.34 |
| 83 | VISION PLAN | | | 16.97 |
| 88 | CHKING/SAVING ******** | | | 50.00 |
| 88 | CHKING/SAVING ******** | | | 50.00 |
| 88 | CHKING/SAVING ******** | | | 100.00 |
| 88 | TSP LOAN REPAY (FED) | | | 54.06 |

Case 3:25-cv-05103-MDH   Document 1-1   Filed 12/08/25   Page 1 of 2

| | | | | |
|---|---|---|---|---|
| 97 | MEDICARE TAX WITHHELD | | | 30.79 |
| 99 | FEHBA | | | |
| 99 | CHILD SUPPORT/ALIMONY | | | 454.52 |
| ** | ********** TOTAL DEDUCTIONS ********** | | | 1,995.44 |
| ** | *************** NET PAY ************** | | | 200.46 |