Fredric Travis

## Pay Period E&L Details

| Code | Description | Hours P/P | Hours YTD | Amount P/P |
|---|---|---|---|---|
| | **Year, Pay Period** | **Employing Agency** | | |
| | 2025, 21 (10/19/2025 to 11/01/2025) | AGRICULTURAL MARKETING SERVICE | | |
| 01 | REGULAR TIME | 60.00 | 1,172.50 | 2,049.59 |
| 04 | SUNDAY DIFFERENTIAL | | 44.50 | |
| 05 | SUN DIFF W/NIGHT DIFF | | 5.50 | |
| 11 | NIGHT DIFFERENTIAL | 3.50 | 77.00 | 11.98 |
| 19 | OVERTIME OVER 8 | 7.25 | 14.25 | 350.76 |
| 21 | OVERTIME - PREMIUM RATE | | 122.25 | |
| 25 | OT OVER 40 W/NIGHT DIFF | | 27.25 | |
| 26 | OT OVER 8 W/NIGHT DIFF | 2.00 | 4.50 | 96.76 |
| 31 | HOLIDAY WORKED | | 30.00 | |
| 34 | FLSA | 9.25 | 168.25 | 27.43 |
| 61 | ANNUAL LEAVE | | 24.50 | |
| 62 | SICK LEAVE | | 6.00 | |
| 66 | OTHER LEAVE | | 30.00 | |
| ** | **** PAY PERIOD HOURS & GROSS PAY **** | 69.25 | | 2,536.52 |
| 75 | RETIREMENT | | | 104.09 |
| 75 | TSP-FERS | | | 47.31 |
| 75 | ROTH TSP-FERS | | | 70.97 |
| 76 | SOCIAL SECURITY (OASDI) | | | 152.78 |
| 77 | FEDERAL TAX EXEMPTS MS EXTRA FEDERAL TAX | | | |
| 78 | ST TAX MO EXEMPTS S00 EXTRA STATE TAX | | | 80.00 10.00 |
| 81 | FEGLI- COVERAGE $ $38,000 | | | 6.08 |
| 83 | FEHBA - ENROLL CODE 105 | | | 781.76 |
| 83 | DENTAL PLAN | | | 55.34 |
| 83 | VISION PLAN | | | 16.97 |
| 88 | CHKING/SAVING ******** | | | 50.00 |
| 88 | CHKING/SAVING ******** | | | 50.00 |
| 88 | CHKING/SAVING ******** | | | 100.00 |
| 88 | TSP LOAN REPAY (FED) | | | 54.06 |

Case 3:25-cv-05103-MDH   Document 1-2   Filed 12/08/25   Page 1 of 2

| 97 | MEDICARE TAX WITHHELD | | | 35.73 |
|---|---|---|---|---|
| 99 | FEHBA | | | |
| 99 | CHILD SUPPORT/ALIMONY | | | 456.92 |
| ** | ********** TOTAL DEDUCTIONS ********** | | | 2,072.01 |
| ** | *************** NET PAY ************** | | | 464.51 |
| ** | DD/EFT ROUTING NO. ******** | | | |
| | | | | |