# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

FREDRIC DARNELL TRAVIS

_____  )

Plaintiff  )

)

vs.  )  Case No. _25 - 5103 - CV -SW - MDH_

)

JOPLIN METRO CREDIT UNION  )

_____  )

Defendant  )

## AFFIDAVIT OF FINANCIAL STATUS

I, _FREDRIC DARNELL TRAVIS_____, declare that I am the plaintiff in this case, that because of my

poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the

information I have given relating to my ability to pay the costs of commencing and prosecuting this

action are true.

I. **MARITAL STATUS AND PERSONAL DATA**

A. Single: ■  Married: ☐  Separated: ☐  Divorced: ☐

B. Name of Spouse_____

C. Age of plaintiff, petitioner or complainant:_46_____

D. Age of spouse:_____

E. Address of plaintiff, petitioner or complainant:

   ## 3320 Indiana Ave, Joplin, MO 64084

   Telephone:**47-658-6332**_____

F. Address of spouse: _____

   Telephone:_____

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:
Kamara Travis $990/month for child support i pay to mother. Dependant doesn't live with me.

## II. EMPLOYMENT

A. Name of employer: **USDA**

Address of employer: 1400 Independence Ave., S.W., Washington, DC, 20250

Employer's telephone: 202-720-8998   Length of employment: **5 yrs**

Job title or description: **Grader**

Net Income:   Monthly $**200**   Weekly $_____

Gross Income:   Monthly $ ~~1451~~   Weekly $_____
$4500

Does employer provide health insurance:   Yes ■   No ☐

If employer provides health insurance, describe coverage: Part time price which is $781 pt _____

B. Previous employment (Answer only if presently unemployed).

Name of employer:_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:   Monthly $_____   Weekly $_____

Gross Income:   Monthly $_____   Weekly $_____

C. Employment of spouse:

Name of employer:_____

Page 2

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:  Monthly $_____  Weekly $_____

Gross Income:  Monthly $_____  Weekly $_____

**III. FINANCIAL STATUS**
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A. Owner of real property?  Yes ☐  No ■

If yes - Description:_____

Address:_____

In whose name?_____

Estimated value:_____

Total amount owed:_____

Owed to:_____

Annual income from property:_____

B. Owner of automobile:  Yes ■  No ☐

If yes - Number of automobiles owned: 2

Make Chevy  Model Silverado  Year 2005

Make Subaru  Model Legacy  Year 2015

In whose name registered? Chevy my name, Subaru my name with Lien

Present value: Chevy $2000/ Subaru $9000

Amount owed on the automobile(s): $7000?

Owed to: That's what's in question in suit

Monthly payment(s): $172

Page 3

Case 3:25-cv-05103-MDH    Document 1-3    Filed 12/08/25    Page 3 of 6

C. Cash on hand: (Include checking and savings accounts)

$ **$85**

List names and addresses of banks and associations:

Please do not state account numbers:

## US Bank, JMCU

D. Have you received within the past 12 months any money from any of the following sources:

| | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | ☐ | ☑ |
| Pensions, trust funds, annuities or life insurance payments? | ☐ | ☑ |
| Gifts or inheritances? | ☐ | ☑ |
| Welfare payments? | ☐ | ☑ |
| ADC or other governmental child support? | ☐ | ☑ |
| Unemployment benefits? | ☐ | ☑ |
| Social Security benefits? | ☐ | ☑ |
| Other sources? | ☐ | ☑ |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

## IV. OBLIGATIONS

A. Monthly rental on house or apartment: **$975**

B. Monthly mortgage payments on house:_____

Amount of equity in house:_____

Page 4

Case 3:25-cv-05103-MDH    Document 1-3    Filed 12/08/25    Page 4 of 6

C.  Monthly mortgage payments on other properties:  $ _____

Amount of equity in other properties:  $_____

D.  Household expenses:

Monthly grocery expense: **$100**_____

Monthly utilities:

Gas: **$90**_____

Electric: **$130**_____

Water: **$20**_____

Other: (Specify) **Sewer $52**_____

E.  Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| Cell phone AT&T | $100 | $329 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## V.  OTHER INFORMATION PERTINENT TO FINANCIAL STATUS
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

Page 5

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Signature of Plaintiff

## VERIFICATION

State of __Missouri__     )

County of __Newton__     )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this __4th__ day of __December__, 20 __25__

_____
Notary Public

__April 3rd, 2027__
My Commission Expires

CELINA BROWN
Notary Public - Notary Seal
Jasper County - State of Missouri
Commission Number 23138402
My Commission Expires Apr 3, 2027

Page 6