# In the UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

In re: Fredric Darnell Travis, in their natural capacity,
on behalf of the ESTATE identified as
FREDRIC DARNELL TRAVIS

25-5103-CU-SW-MOH

**Petitioner,**

v.

JOPLIN METRO CREDIT UNION,
CHRISTI MOOREHOUSE ET AL,

**Defendants.**

**In Re: Fredric Darnell Travis** For the record, I do not consent to submitting to the court's jurisdiction as a defendant in the 29th Circuit of Jasper County case number 25AP-AC01133, nor do I need to consent. I do not consent to the use of my name, likeness or any other intellectual, tangible and/or intangible property, for commercial and or any other use by the court, the defendant, or any other person and/or entity and/or branch and/or organization and/or company and or fiction under any circumstances, "do not trespass, private property, stay off, keep away," notification. I further **revoke and rescind** any previous assumed agreement or contracts with presumed creditors or agencies to proceed, prior to or during this matter. **This action shall act as an estoppel against any legal proceedings involving Petitioner and Defendants above currently ongoing** 25AP-AC01133.

### CONSTITUTIONALLY GUARANTEED COMPLAINT is in exercise of the Right to Petition the Government for Redress of Grievances.

I allege, attest, affirms, declare, assert the following to be truth, based ON FIRSTHAND KNOWLEDGE, FACT AND/OR EXPERIENCE. This suit, brought at common law, acknowledges that public officials are protected by either qualified or absolute immunity.

This suit is not against any public official in their official capacity, and/or the actual officials in and of themselves. Instead, this suit stems from the First Amendment guarantee that every person in the United States of America has the guaranteed and protected right to petition for redress of grievances. **This suit is against the bond required by law** to be maintained as well as the direct result of the failure to respond, failure to act, failure of duty of care, breach of agreement and so forth by their insured, and the denial of the right to file a claim, amounting to "gatekeeping". The purpose of this suit is to highlight the disparagement of the enactment of laws that favor corporations and that promote the violation of secured rights reserved and retained by the people and their posterity which the petitioner happens to be. How Dare The COURTS ignore due

process forcing a party to submit to the jurisdiction of the court thereby waiving substantial rights.

Via this qualified affidavit, evidenced by the following statement of claims:

## I.    Introduction:

1. Petitioner, **Fredric Travis,** hereby presents this complaint against Defendants, JOPLIN METRO CREDIT UNION, President Christi Moorehouse, Bond number, et al, for the unlawful practice of their agents, particularly and specifically that of charging interest on loans in violation of the established principles, and the unregulated, unmonitored, unsanctioned, unlawful and unconstitutional practice of allowing such institutions to engage in fractional reserve banking, since we are in the current "UNCONSTITUTIONAL BANKING HOLIDAY" the stipulations of Presidential Proclamation 2039, in conjunction with the 470 documented unconstitutional extra-jurisdictional and unalienable rights trespassing enacted federal statutes partnered with the MARCH 9, 1933, NATIONAL EMERGENCY BANKING RELIEF ACT, and the overreaching legal and historical framework governing banking and financial transactions.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over the matter pursuant to 42 USC 1983 and the United States Constitution specifically regarding delegation of authority over matters of controversy and the right of a party to petition the government for a redress of grievances. As the actions and transactions giving rise to this complaint occurred within this jurisdiction, and shall be established, the court has accepted such responsibility in defense of the constitutional securities and protections delineated within the instrument itself as a matter of public trusteeship.

3. This petition includes interrogatories, discovery requests, facts and conclusions of law as determined by "the Law of the Land", the "Law of the Territory" and the Judiciary! The purpose of each of these, is to streamline the rebuttal of the presumptions, and a conscious effort to not take up valuable time, in the exercise of the unalienable rights which protects the constitutionally secured right to pursue happiness through access and due process of the law.

4. This matter specific to the specifically intended issue and parties delineated herein as indicated within the caption, any other materials are for reference purposes only and do not serve as allegations, but, saved to support the right to bring forth such a complaint in the limited capacity herein specified intended, and for no other purposes shall it be construed. Reference issues are for reference purposes only and not to be construed otherwise, as rights are reserved in perpetuity.

5. This venue has jurisdiction over the matter, as the alleged offenses took place within this jurisdiction and/or, the parties reside in this jurisdiction, and/or, the parties have waived any right to challenge this jurisdiction.

6. **The defendants are the bonds of public officials and a financial institution called JOPLIN METRO CREDIT UNION registered with the Secretary of State, an instrumentality of the state, as well as licensed and liable to perform per various Federal and State financial laws.** Providing a public service as creatures of the state, owing a duty, their chartered power and existence to the state, and are required by the constitution to be bonded should they harm one of the people or their posterity. This requirement is implied in the First Amendment right to petition for redress of grievances and the prohibition against Congress making a law prohibiting and/or abridging such.

7. This action is further due to the fact that the right to petition for redress of grievances, implies the right to be compensated via reparation. It further indicates that the official and/or party who violates the rights of another to petition for redress of grievances **must have adequate surety** in order for the reparation implication to have any justifiable meaning. Without a means of providing for the reparation for the actions of the party, then the right to petition for redress would have little value, in my opinion, and would be a worthless set of words contrary to the intention of the authors, "The People," who via ordination commanded such into existence.

8. **Notice to Risk Management and/or Other Insurance Agency:**
   Each city, county, township, village, province, borough, valley, range, state, agency, government-sponsored organization, government agency, government organization, division, department, and the like are required to have insurance, not because of a statute, or from vague principle, but because of the guarantee that should harm befall one of the people or their posterity, of which the petitioner happens to be, there must be a means whereby the posterity has the right to be compensated via reparation.

   **I have been damaged, my property has been damaged**: I have been misinformed, through misrepresentation and/or misinformation and/or failure to act and/or a failure to inform and/or a failure to prevent, and I only sought to bring the claim and was denied this right via various gatekeeping practices by the defendant insured party.

9. It may readily be proven that public officials, including those licensed to do financial business, **are required to be insured against depriving any one of the people or their posterity of a single right**, is clear evidence that there is no implied immunity, qualified immunity, and or absolute immunity! Or if there were immunity, then it would mean complete indemnification, for which no public official in the United States possesses. The people did not envision it, the people did not intend it, and the people did not sanction it. This statement shall forever remain an un-rebuttable fact unless there is a preponderance of evidence to the contrary, since there have been some wayward people who claim that the preamble is not part of the Constitution.

10. "What is the meaning of the preamble? "The preamble sets the stage for the Constitution. It clearly communicates the intentions of the framers and the purpose of the document. The preamble is an introduction to the highest law of the land." (Archives.gov)

11. It appears the United States government officially says otherwise. And if it is not law, and if it is not the intent and will of the people, they never would have stated that they were the ones whose mission it was to establish justice, not the court! They are the ones whose mission it was to ensure domestic tranquility, not the executive branch! They were the ones whose mission it was to provide for the common defense, not the US military! They were the ones who were empowered to ensure domestic tranquility, to promote the general welfare, and to secure the blessings of liberty for themselves and their posterity! They were the ones who ordained and established the Constitution! Of course, the preamble is law because it establishes the intent of the grantors, and THE GRANTORS' INTENTION IS LAW OF THE TRUST".

## III. PARTIES

12. Petitioner, Fredric Travis, is an individual and a Pre-March 9, 1933 Private Citizen of the United States, Private American National / Non-U.S. citizen, residing at 3320 Indiana Ave, Joplin, Missouri Republic [64804], a victim of Defendants' unlawful financial practices.

13. Defendant JOPLIN METRO CREDIT UNION a business entity located at 3301 TEXAS AVE, JOPLIN, MO 64804, engaged in the financing of automobiles, represented by President Christi Moorehouse.

## IV. TABLE OF AUTHORITIES

- Presidential Proclamation 2039, March 6, 1933.

- National Emergencies Act, 90 Stat. 1255.

- Federal Reserve Act, Sections 13, 14, 16, 401 (18) (6) and 403 (o).

- Senate Report No. 94-922, 94th Congress, 2nd Session (1976).

- U.S. Constitution, Fifth Amendment.

- Consumer Credit Protection Act.

- THE FAIR DEBT COLLECTIONS PRACTICES ACT,

- THE FAIR CREDIT REPORTING ACT,

- THE MARCH 9, 1933 ACT,

- MAY 12, 1933 ACT "NECESSITIES OF LIFE",

- THE CIVIL RIGHTS ACT OF 1866,

- ALL 20 MAXIMS OF EQUITY

The definition of a United States citizen as defined by the courts in Anthony v. United States, I do not stand in such a capacity before this body and it shall not be presumed otherwise! It becomes necessary to express my exercising of my rights as secured by the constitution of this state, in my capacity as one born within the jurisdiction of this state or having obtained the right secured by the constitution of this state as a result of habitation within the jurisdiction of this state! [1]

## V. JUDICIAL NOTICE AND MOTION TO AMEND COMPLAINT

I, **Fredric Darnell Travis**, in his natural capacity, petitioner in the above-captioned case, hereby present this Judicial Notice that should this matter be moved to a different jurisdiction whereby the valuation and/or dollar amount limitations are augmented and/or changed in any manner, it is incumbent upon this petitioner to respectfully move this honorable court to recognize the right for the amendment of my original complaint, pursuant to the transfer of this case from 29th Circuit Jasper County Small Claims Court to the United States Western District Court of Missouri. This transfer will by law and operational statute constitute a change in jurisdiction with differing procedural and compensatory limits, thereby necessitating modifications to accurately reflect the claims and damages sought in the higher yet uniformed court.

## VI. REDRESS: CORRECTION OF WRONGS AND REPARATION

Redress means that I, as the petitioner, have the reserved and retained right to petition for redress of grievances for any interference with my right to pursue happiness, to property, to liberty,

---

[1] "This clause is intended to be a protection, not to all our rights, but to our rights as citizens of the United States only; that is, to rights existing or belonging to that condition or capacity. The expression, citizen of a state, used in the previous paragraph, is carefully omitted here. In article 4. § 2, subd. 1. of the constitution of the United States, it had been already provided, that "the citizens of each state shall be entitled to all privileges and immunities of citizens in the several states." The rights of citizens of the states and of citizens of the United States are each guarded by these different provisions. That these rights are separate and distinct, was held in the Slaughterhouse Cases. 16 Wall. [83 U. S.] 30. recently decided by the supreme court. The rights of citizens of the state, as such, are not under consideration in the fourteenth amendment. They stand as they did before the adoption of the fourteenth amendment, and are fully guaranteed by other provisions. The rights of citizens of the states have been the subject of judicial decision on more than one occasion. Corfield v. Coryell [Case No. 3,230]; Ward v. Maryland, 12 Wall. [79 U. S.] 418, 430; Paul v. Virginia, 8 Wall. [75 U. S.] 168. These are the fundamental privileges and immunities belonging of right to the citizens of all free governments, such as the right of life and liberty, the right to acquire and possess property, to transact business, to pursue happiness in his own manner, subject to such restraint as the government may adjudge to be necessary for the general good. In Crandall v. Nevada, 6 Wall. [73 U. S.] 35, 44, is found a statement of some of the rights of a citizen of the United States, viz., to come to the seat of government to assert any claim he may have upon the government, to transact any business he may have with it, to seek its protection, to share its offices, to engage in administering its functions, and to have free access to its seaports, through which all the operations of foreign commerce are conducted, to the sub-treasuries, the land offices, the revenue offices, and the courts of justice in the several states. "Another privilege of a citizen of the United States," says Mr. Justice Miller, in the Slaughterhouse Cases [supra], "is to demand the care and protection of the federal government over his life, liberty, and property, when on the high seas or within the jurisdiction of a foreign government." "The right to peaceably assemble and petition for redress of grievances, the privilege of the writ of habeas corpus," he says, "are rights of the citizen guaranteed by the federal constitution." U.S. v. ANTHONY 24 fed. 829 (1873)

freedom of speech, freedom of the press, freedom of religion, the freedom to peacefully assemble, to be free from cruel and unusual punishment, unreasonable searches and seizures, to receive proper notice via due process of law, and the fundamental protection of equal protection of the laws of the United States of America.

**REDRESS ALSO ENTAILS THE RIGHT TO JUST COMPENSATION AND/OR REPARATIONS, IDENTIFIED BY THE FIRST AND FIFTH AMENDMENTS TO THE CONSTITUTION FOR THE UNITED STATES OF AMERICA.**

The Constitution for the United States of America is not merely a federal Constitution; it is a national Constitution. It was the people of the United States who enacted the Constitution. While states maintain independent stature, it is the people of the state who collectively comprise the sovereignty of a state and collectively the sovereignty of the United States of America. When enacting the Constitution for the United States of America, the Ninth and Tenth Amendments to the Constitution implicitly stipulated that the Constitution applies to the states.

Furthermore, the fact that no one's property may be commandeered, seized, captured, or taken without due process of law includes the secured rights, which are held as property of the people, individually and collectively, respectively.

## VII. ADDITIONAL STATEMENT of Claims:

**This action involves allegations against the Defendants bonds**, including but not limited to the bonds of the CEO of JOPLIN METRO CREDIT UNION(Doe 1), and any claim against for the sake of redress i.e.: compensation is reserved for separate action, this shall include and not be limited to any agents, agencies, assigns, or associated organizations, for engaging in practices that resulted in misinformation, misrepresentation, and deception. Such actions have caused significant harm to my person and property, predicated on reliance upon the Defendants' deceptive practices, which have undeservedly enriched the financial institution at my expense.

## VIII. Violations Under the Fair Credit Reporting Act (FCRA):

The Defendants have failed to accurately document balances claimed due and failure to report the cancellation of debt, leading to inaccuracies in my credit profile, in direct violation of the following FCRA provisions:

- Section 1681s-2(a): Duties of Furnishers of Information to Consumer Reporting Agencies.
- Section 1681s-2(b): Duties of Furnishers of Information Upon Notice of Dispute.
- Section 1681e: Compliance Procedures.
- Section 1681i: Procedures for Reinvestigation of Disputed Information.

## IX. Breach of Contract and Fiduciary Duty:

The Defendants breached a lawful contract which was intended to confirm full payment as agreed by the parties. The parties agree that credit was an acceptable form of payment, and the law agrees that the FEDERAL RESERVE BOARD OF GOVERNORS accepted the duty, liability, and responsibility for issuing Federal Reserve notes to the appropriate party on my behalf-see the Federal Reserve act section 16 paragraph 4. Despite this agreement, the Defendants proceeded to demand further payment amounting to unjust enrichment profit and/or gain, disregarding the prior arrangement and demonstrating a clear breach of contract and fiduciary duty.

## X. Nature of Transaction and Consumer Credit Transaction:

The Defendants engaged in a consumer credit transaction misrepresented as an "auto loan", involving the advancement of Federal Reserve notes for the purchase of an automobile, for personal use, household use, consumer use as defined in law and intent of the parties. This transaction, **devoid of actual funding from the Defendants**, because it was facilitated through credit extended by the bank/financial institution, constituting a consumer credit transaction rather than a traditional "auto loan". It misrepresented the transaction as a 'loan' when in reality it was for funding of an investment.

## XI. BACKGROUND

**On March 6, 1933, Presidential Proclamation 2039 declared a national banking emergency, leading to the enactment of an amendment to the Federal Reserve Act, which allowed for the suspension of normal banking activities and functions.** On March 9, 1933 the United States Congress by an act known as the "National emergencies (identifying its association with a military act known as the trading with the enemy act, making it unlawful for its application to the civilian population) banking relief ACT, stated was their purpose to maintain and validate the aforementioned proclamation of the president[2], which has never been terminated or amended to suspend and or in the National banking Holiday![3] Fractional reserve banking is

---

[2] The first provision of the bill validates and maintains the authority exercised by the President of the United States in the proclamation relating to the banks of the Nation issued by the President on March 6, 1933. Section 2 confers upon the President the powers bestowed under the act of October 6, 1917, regardless of whether or not the country is involved in war. The Act of March 9, 1933 Congressional record, evidencing congressional intent.

[3] The act was not terminated- With one pertinent exception, it terminated "all powers and authorities possessed by the President, any other officer or employee of the Federal Government, or any executive agency, ... as a result of the existence of any declaration of national emergency in effect on September 14, 1976." The Senate Special Committee had found that not only President Roosevelt's 1933 proclamation of a national emergency but also a proclamation by President Truman and two by President Nixon were still extant..." CRS report: Presidential Emergency Powers: The So-Called "War Powers Act of 1933" Proclamation No. 2038 (March 5, 1933); 48 Stat. 1689, Proclamation No. 2039 (March 6, 1933); 48 Stat. 1690, "the Trading with the Enemy Act. As first adopted in 1976, the National Emergencies Act excluded from its purview Section 5(b) of the Trading with the Enemy Act. As noted above, that is the provision of law under which President Roosevelt issued his declaration of national emergency with respect to the banking crisis. But with the advent of the Cold War that section had also been used by the executive branch as the legal basis for imposing economic sanctions on the communist nations of North Korea, Cuba, China, and North Vietnam; and at the time the National Emergencies Act was enacted, there was no other legal basis for continuing the sanctions against those

not authorized under law, there is no provision or act of Congress which permits financial institutions and/or any other banking institution as defined by the proclamation, to engage in fractional reserve banking. Be that as it may, since the law did not explicitly authorize the practice of fractional reserve banking, institutions availing themselves of this practice, receive the benefits associated thereto, and this benefit is only had as a result of the "US borrower" and/or "US depositor" and the charging of interest on loans created under this framework appears to be contrary to congressional intent.[4]

**Despite the National Emergencies Act** (P.L. 94-412, 90 Stat. 1255) aiming to regulate and potentially terminate such national emergencies, the Senate Special Committee on National Emergencies and Delegated Emergency Powers (S. Rept. No. 94-922, 94th Cong., 2d Sess. (1976)) found that the emergency declarations, including Proclamation 2039, remained in effect, the Trading with the Enemy Act adopted in 1976, the National Emergencies Act excluded from its purview Section 5(b) of the Trading with the Enemy Act. As noted above, that is the provision of law under which President Roosevelt issued his declaration of national emergency, as a consequence, the State Department asked that Section 5(b) be excluded from the National Emergencies Act until other legislation providing a basis for the continuation of economic sanctions against those countries could be enacted. It suffices to say, that there has been no legislation enacted by Congress causing the repeal and/or termination of the act, so The State's Department's request that the provisions of the presidential proclamation 2039 be excluded continues to be honored.

## XI.     STATEMENT OF CLAIM

1.      **Exercising my rights under the United States Federal Reserve Act,** specifically Title IV Section 13 (o); 16 (2), (4); 401 (18) para. (6), 59 Stat 237 (2), (3) as well as Federal Reserve Operating Circular 10 Appendix 3, each of these dealing specifically with the issuance of Federal Reserve notes to, individuals, corporations, partnerships, associations and or other "banks" as defined in statute!

2.      **I applied for the issuance of Federal Reserve notes in order to acquire transportation and I was approved.** Upon approval the law requires the Federal Reserve Board of Governors to issue Federal Reserve notes to the financial institution and/or lender on my behalf.

          a.   If the financial institution receives Federal Reserve notes on my behalf when I apply for the issuance of Federal Reserve notes via a promissory note and the application packet identified as FEDERAL RESERVE OPERATING CIRCULAR 10 APPENDIX 3, then why was it that the receiving that only on my behalf as the "US borrower", the Credit Union and THE LENDER, make the claim that there was an outstanding balance?

---

countries. As a consequence, the State Department asked that Section 5(b) be excluded from the National Emergencies Act until other legislation providing a basis for the continuation of economic sanctions against those countries could be enacted."

[4] "THE DRIVE AGAINST GOLD HOARDERS: The gold that is given up by the people should be delivered to the Government. It should be used to issue additional money upon which the people will not have to pay interest while it is in circulation." The Act of March 9, 1933 Congressional record evidencing congressional intent.

b. The act states that upon approval by the Federal Reserve Board of Governors, when a promissory note is accompanied by the application, in essence the application packet known as operating circular 10 appendix 3, that "the Board of Governors of the Federal Reserve System shall, through its local Federal Reserve agent, supply Federal Reserve notes to the banks so applying...", The banks so applying has been identified via appendix 3 of the operating circular, as the "US borrower" and/or, the corporation, individual, partnership and/or association as identified in section 13 of the Federal Reserve act paragraph "o" (or paragraph 13 of section 13 of the Federal Reserve act published by the Federal Reserve)'s!

3. The aforementioned is the law, and since the local Federal Reserve agent otherwise known as, "the lender", the "local Federal Reserve agent, supplies Federal Reserve notes to the banks so applying". They are paid via the Federal Reserve board of governors by operation of statute, law, administrative policy, administered procedure, administrative act and the will of the United States Congress which represents the will of the people!

- **Unlawful Interest Charges:** Defendants charged interest on Petitioner's loan, contravening the legal interpretations of the Federal Reserve Act and the ongoing conditions set by Presidential Proclamation 2039, which collectively do not sanction such financial practices without equitable compensation to the borrower.

- **Violations of Constitutional and Consumer Rights**: Through their actions, Defendants have enriched themselves unjustly at the expense of Petitioner, violating principles of the Fifth Amendment and the Consumer Credit Protection Act by failing to provide just compensation for the use of Petitioner's promissory notes and other financial instruments as security.

4. The unconstitutional practice, often sanctioned by the court, to take people's property without due process of law is a direct violation of the Fifth Amendment and occurs on a continual basis without redress.

5. The Federal Reserve Act specifically authorizes the local Federal Reserve agent to receive promissory notes from individuals, corporations, and partnerships (see TITLE IV, Section 401 Subsection 18 (6) and Section 403 (o)). The amendments found at 59 STAT 237 §2 highlight that a promissory note tendered to the local Federal Reserve agent operates as collateral and security for Federal Reserve notes. Upon delivery to the local Federal Reserve agent, said FEDERAL RESERVE notes are issued with the approval evidenced by the receipt of the promissory note, as detailed in FEDERAL RESERVE OPERATING CIRCULAR NUMBER TEN APPENDIX 3. This process satisfies the obligation, as the government through the United States Congress has stated that the promissory note, once delivered, is to be received at par.

"Such notes shall be the obligations of the Federal Reserve bank procuring the same, shall be in form prescribed by the Secretary of the Treasury, shall be receivable at par in all parts of the United States for the same purposes as are national-bank notes... Under the Federal Reserve Act obligations that are deposited as the security and gold for reserve notes are placed in

the hands of the Federal Reserve agent... This provision is for the issuance of ... Federal Reserve notes; and the security back of it is the obligations, notes, drafts, bills of exchange, bank acceptances, outlined in the section" and they were discussing "I refer to section 401, which reads: Upon deposit with the Treasurer of the United States of all contract obligations of the United States, or any notes--".

6.      It is the courts, the United States Congress, the executive branch and its agencies, who knowingly, intentionally, and deliberately failed to acknowledge the facts as noted above, and because of this failure, I am exercising my right to complain, to petition for redress of grievances, whereby, I specifically asked them (the insured, the agent, the officer, the official, the public servant, et al,) for their bond information, and by their failure to provide such in a reasonable time, 14 calendar days, they not only violated the liability statute, but my constitutionally secured rights; evidencing gatekeeping activities, blocking access to government, closing the doors that are always to remain open, depriving me of my secured rights while acting in their official capacity.

### My Affidavit and Claims based on the record:

1.      On or about the following day, they herein named official did knowingly, intentionally, deliberately, wantonly, and in complete disregard for the sanctity of the law and of my inherited status as the progeny and the prosperity mentioned in THE DECLARATION OF 1776, and the preamble to the United States Constitution of America... June 27, 2023 to current date.

It is my understanding that when someone purchases an automobile with a note, and/or a home, the promissory note is only held as collateral the promissory note is the security for the loan-Federal Reserve act section 16 subsection 2. Because it is listed as collateral and security for the loan, the lender has no authority and/or right under law for demanding additional collateral without justification and prior notification. I state for the record as a protest, that at no time was I told that there was a necessity for dual collateralization or the implications. I believe therefore, in this matter there is therefore a violation of the truth in the lending act and other consumer credit transaction provisions.

6.      I contend that I had a right to receive information regarding the **Comprehensive Financing accounting**, including accounting and disclosure of all monies received and/or expended as a result of the current file and or instant matter was reserved. I had the right to file a claim under, my right to petition for redress of grievance, of which I have never waived. The March 9, 1933 amendment to THE TRADING WITH THE ENEMY ACT did not commandeer such a right because Congress was strictly prohibited from making any law which abridged my right to petition for redress of grievance.

7.      I do hereby request, as is my right, compensation for the total value of my claim against each of the debtors listed in this matter, individually, severally, in their separate capacities as is cognizable in law. This is not only for the value of any automobile, but for the value of the alleged loans, collateral, securities taken, insurance claims, and or tax benefits received by defendants, in addition to the fines associated with violations of Federal law.

**And I present this affidavit and attach the following interrogatories on this public record, in this court of record as follows:**

## INTERROGATORIES:

INTERROGATORIES are to be answered contextually, without regard to typo, sentence structure and/or grammar. Everyone is deemed to know the law, everyone is deemed to have a reasonable understanding of law, the following is founded on the maxim i.e.: principles of law, please be advised:

**The alleged and unsubstantiated creditor:** JOPLIN METRO CREDIT UNION, and the attorney Philip Greathouse, shall be whom "you" and/or "your" is referenced in the next set of sections: please answer each item numbered below clearly and concisely. Pursuant to the Federal Reserve Operating Circular No. 10 Appendix 3, when a promissory note, accompanied by the application identified therein, is used as collateral and security for a loan, and upon approval by the Federal Reserve Board of Governors:

1. **Issuance of Federal Reserve Notes:** Please confirm if Federal Reserve notes were issued to the local Federal Reserve agent on behalf of the borrower to complete the transaction in question. If yes, please provide the date of issuance and the amount.

2. **Notification of Receipt:** Did you or the local Federal Reserve agent notify the borrower of the receipt of such monies as required by the agreement between the parties and the Fair Debt Collections Practices Act? Did you properly report according to the requirements of the Fair Credit Reporting Act? If yes, please provide a copy of the notification, with the date indicated, and proof of service and/or notification.

3. **Cease Collection Attempts:** Upon the receipt of Federal Reserve notes by the local Federal Reserve agent as specified in law 59 STAT 237 §2, were all collection attempts ceased as stipulated by the Fair Debt Collections Practices Act, the Fair Credit Reporting Act, and the Consumer Financial Protection Act's. Please provide details of any communication sent to the borrower regarding the cessation of collection attempts and/or property seizure actions.

4. **Statement of Full Internal Accounting, including securities transacted, tax benefits taken, and insurance claims:** If the local Federal Reserve agent, also known as the lender, operates as a "collective entity" or custodian of the records, has a comprehensive statement of accounting as prescribed by the Uniform Commercial Code Article 9 Section 210 been provided upon request? If yes, please attach a copy of the statement with the attachment as to its accuracy. 26 IRC 166: (a)General rule (1) Wholly worthless debts... There shall be allowed as a deduction any debt which becomes worthless within the taxable year.

5. **Cease and desist any repossession proceedings involving primary household goods, real property, automobiles or similar, consumer goods, etc:**

Is it acknowledged that the Primary Household Goods, Consumer Goods Personal Use Items is exempt from foreclosure or repossession proceedings as "necessary essentials?" Please provide any internal policies or legal interpretations that guide your practices in this area.

6. **Original Note for Debt Evidence:** In instances where a debt is claimed to be outstanding, has the original note been placed on the record in court proceedings? Please detail any instances where a copy was used and the justification for its admissibility without leave of the court. Importantly, is there a TRUE BILL associated with this debt? Is so provide a certified copy, if not explain why not in full and complete detail. Was the note ever deposited as cash equivalent. The original note will indicate these cash deposit markings.

7. **Eligible papers:** The United States Government has recognized that "notes, drafts, bills of exchange, bankers acceptances, trade acceptances" are eligible papers, at par with Federal Reserve notes and when tendered to the local Federal Reserve agent accompanied by the application for the advancement of Federal Reserve notes, such are, for the same purposes as "national bank (the Federal Reserve) notes." See: TITLE IV SECTION 401 SUBSECTION 18 PARAGRAPH 6. The government has held that these "eligible papers" are the "security and gold" backing Federal Reserve notes, and/or tender (and since such is defined within the law, they equate to "legal tender"), *i.e.*: "collateral security- "new money" *page 80* "The ... bill provides for the issuance of a new money... this "new money" is to be credited and handled. I refer to section 401, which reads: Upon deposit with the Treasurer of the United States of all contract obligations of the United States, or any notes-- And so forth. • Under the Federal Reserve Act obligations that are deposited as the security and gold for reserve notes are placed in the hands of the Federal Reserve agent... This provision is for the issuance of Federal ... Reserve notes; and the security back of it is the obligations, notes, drafts, bills of exchange, bank acceptances." When the promissory note is defined in law as "tender" for the issuance of Federal Reserve Notes', what is the justification for claiming that a security interest remains, supported by admissible evidence?

8. **Dollar for dollar: JOINT RESOLUTION June 5, 1933** "An Act to uniform the value of the coins and currencies of the United States" makes it clear that it is perpetually against public policy and the laws of the United States for any creditor (obligor) to demand payment from the debtor (obligee), that any debt is to be discharged upon payment (tender), "dollar for dollar" in any coin or currency which is at the time legal tender for the payment of debts!' 59 STAT 237 §2 holds that, the eligible papers (referred to as interrogatory number 7) or to receive at par value, can at no time, "in no event, be less than the total amount of Federal Reserve notes applied for!" The United States has made the aforementioned, "eligible papers" obligations of the United States, guaranteeing their value backing them by the "full faith and credit of the United States" stating on the Congressional Record their intent to have these items backed thereby, being worth "100 cents on the dollar" as they represent "a mortgage on all the homes and other property of

the people of the United States." Is it your contention that Congress did not have the power and/or authority to assume responsibility for such eligible papers? That such eligible papers are not tender for the payment of debts? That Congress does not have the authority to regulate the coins and currencies of the United States? That Congress did not state that the eligible papers were to have equal power along with the dollars coined and/or issued? If the answers to any of these questions is yes, please support your conclusion with facts and conclusions of the law and not code, as the laws of the United States is not the U.S. Code, as the U.S. Code is always *prima facie* and not law! Unless you have evidence to the contrary, and again, you must provide such evidence supported by facts and conclusions of "the law!"

9. **Use of Repossession Administrative Proceedings:** Have you ever used seizure threats or foreclosure proceedings as a means for repossession and or any other administrative proceeding and or procedure in the collecting of a debt, evidenced by a promissory note where-in FEDERAL RESERVE OPERATING CIRCULAR 10 APPENDIX 3, was associated directly and/or indirectly? Did you know that this potentially is a violation of THE NONJUDICIAL FORECLOSURE ACT provisions as recommended and THE CONSUMER CREDIT PROTECTION ACT by the United States Congress and adopted by every state in the union? Please provide details of such instances, including case numbers and outcomes, if more than 5000, indicates such.

10. **Compliance with the Fair Debt Collections Practices Act:** In sending notices to debtors attempting to collect the purported debt, did you ever announce that you are a debt collector? Attempting to collect a debt? That any information obtained would be used solely for that purpose? If that is the case, then you are prohibited via the fair debt collections practices act, from utilizing THE NONJUDICIAL FORECLOSURE ACT Principles (for the purpose of repossession), with its limitations, jurisdiction, and procedures. **Please provide copies of any standard notices sent to debtors evidencing the aforementioned purpose of the letter.** Note: his communication is not suggesting you provide any personal identification information, other than account number, accounting figures, date, how many borrower's and any other relevant information that does not violate the privacy act. If you redact information pertinent to this investigation, other than the aforementioned privacy act protected promotion and its limited form, a claim will be filed against your bond and the insurance company securing the bond, for violations of that agreement/policy and interfering with my right respecting due process! It appears that you qualify as a "debt collector" as defined in law, and as such, you had certain obligations to the borrower. Have you fulfilled all the obligations to the borrower as required of you while acting in the capacity of a "debt collector?"

11. **Regarding full disclosure of bond and insurance information:** What is your bond number('s)? Please reference any and all now or ever in effect. What is the name of the company that issued your bond and/or insurance? What is their contact information for verification? What is the value of the bond and/or the insurance policy('s)? Do you have

a copy of the policy('s)? If so, you are to supply a copy('s) for review and inspection without delay.

**This is notification that I 'am bringing a claim against your bond and/or insurance policy for damages.** The representatives of the alleged obligor, the alleged obligor, the obligors assigns, agents, department, organization, and any other party representative, meaning, that their bond information and policy information is being required at this time for future litigation purposes). **In accordance with the "Liabilities Act" you are required to submit to your insurance company, confirmation upon request and notification of a damage claim.** Such will result in an additional and separate claim being filed against the bond and insurance companies for your fiduciary breach of trust and duty of care.

12. **ALLEGED FRAUDULENT SECURITY:** Since the promissory note appears to be traded on the public market, and the Federal Reserve Act Section 16 Paragraphs 2 and 4 (Acts of June 21, 1917 (40 Stat. 237); Jan. 30, 1934 (48 Stat. 338); June 12, 1945 (59 STAT 237 §2). I therefore request disclosure if the promissory note is indeed "collateral and security" assuming the capacity of collateral for the presumed loan, and the capacity for the security interest directly associated with the borrower's interest and promissory note, from the trade of this instrument on the market, what is the income derived from the trade of this instrument on the market? What is the borrower's interest in the trade of the instrument on the market? Has the borrower received any documented compensation and/or offset, as a result of the trade on the market? Did the very fact that the promissory note was tendered along with the application, which is identified as FEDERAL RESERVE OPERATING CIRCULAR TEN APPENDIX 3, and the law requires Federal Reserve notes to be issued to the lending institution *i.e.* the local Federal Reserve agent, on behalf of the borrower, did this transaction which is coupled with an interest, not satisfy the debt obligation? If it did not, please indicate by providing proof of an outstanding balance and/or transaction and/or provide and/or furnish evidence that the promissory note is neither collateral nor security as prescribed in law?

13. **Until further notice, THE INTERNAL REVENUE SERVICE has provided guidance in this regard** - that until further notice there will be no penalties for financial institutions such as yours and/or the one you claim to represent, for failing to provide the recipient copies of the 1099C to the borrower for The Cancellation of The Debt. I require disclosure of any charge-off instruments or instrument documenting write-off, forgiveness, extinguishment, offset, setoff, or discharge. If any of these are associated with the alleged debt[5], please indicate with full authenticated evidence the date that they

---

[5] "(g) Requiring writing off of doubtful or worthless assets of banks to require the writing off of doubtful or worthless assets upon the books and balance sheets of Federal reserve banks. (h) Suspending operations of or liquidating or reorganizing banks to suspend, for the violation of any of the provisions of this chapter, the operations of any Federal reserve bank, to take possession thereof, administer the same during the period of suspension, and, when deemed advisable, to liquidate or reorganize such bank. (i) Requiring bonds of agents; safeguarding property in hands of agents to require bonds of Federal reserve agents, to make regulations for the safeguarding of all collateral, bonds, Federal reserve notes, money, or property of any kind deposited in the hands of such agents, and said board shall perform the duties, functions, or services specified in this chapter, and make all rules and regulations necessary to enable said board effectively to perform the same." 94 Stat 248

apply, the dates the borrower was notified, and any and all financial records documenting discounts, deductions and/or reductions and/or credit and/or tax liability for you and/or your organization associated with the alleged debt. Please take special notice, that any discount, any deductions, any reductions in tax liabilities associated with the instant alleged debt, equate to some sort of benefit, usually "dollar for dollar" if this is the case, such was received directly related to and/or associated with the borrower's interest.

If you received any of the aforementioned associated reduction and/or deduction and/or offset and/or benefit directly associated with or indirectly to the borrower's interest, the borrower was to be notified, **the borrower's alleged account balance was to be adjusted**, was this done (please note that throughout this presentment each paragraph is contextually construed unless otherwise indicated)? Otherwise your claims for any amount which is inaccurate is fraud upon myself and any court venue you claim is heard. If US mail was used to make any such fraudulent or inaccurate claims also acquitted to mail fraud by you. When was this full disclosure done? When was the borrower notified accurately? Please take further notice, that although the Internal Revenue Service has elected not to enforce penalties for these members to supply the "recipient copy" to the borrower indicating a cancellation of the obligation, this does not absolve the alleged creditor of the duty and accurate obligations of the borrower's. For failure to supply this information to the borrower equates to malfeasance and a breach of fiduciary duty, breach of fiduciary duty of care and is actionable. IRS for form 3949 would also be an appropriate process to report such violation by all parties involved, subjecting this to audit by the IRS.

14. **Altering a notarized document:** Do you have a copy of the original promissory note? Has the original promissory note been altered in any way? Did you know that altering a notarized document is unlawful, as a notarized document carrying the seal representing THE SOVEREIGN STATE full faith and credit, is prohibited by law? Did you know that it is unlawful for anyone to trespass on a notary seal, since the notary seal is backed by the full faith and credit of the State for which the notary is registered? Has the promissory note been converted to a negotiable instrument as outlined in the Uniform Commercial Code Article 9 Section 102 (65)? **A marking of a deposit of my note as a cash equivalent deposit, without proper credit to my account, is alteration as well.**

"Promissory note" means an instrument that evidences a promise to pay a monetary obligation, does not evidence an order to pay, and does not contain an acknowledgment by a bank that the bank has received for deposit a sum of money or funds.

15. **Is there any evidence and/or indication on the promissory note in its present condition which states "An order to pay?"** Since a promissory note "does not evidence an order to pay" and it appears that the promissory note has a specific endorsement, and appears to carry an assignment after an endorsement of "pay to the order of... Without recourse"? This would indicate that the promissory note has been converted to a negotiable instrument as defined under Uniform Commercial Code Article 3 Sections 104. Under what premise was your organization/you asserting that there is an outstanding

obligation *via* a "promise to pay, after it was accepted by you as a "cash equivalent deposit?"

## Discovery IMPOSITION:

### 1. Regarding Loan Funding:

You shall provide detailed documentation and evidence that directly confirms the actual funding of the loan in question, specifying the source and accounting tracking of the funds moving from your accounts to mine.

**Was the promissory note used as a means of funding the loan by converting it into a monetary instrument (aka a "cash equivalent" deposit, a.k.a a security) upon receipt?** If the answer is either yes or no, you will provide proof attesting to the accuracy and validity of your response.

### 2. Promissory Note as Collateral:

Please clarify how the promissory note is treated as collateral for the loan according to 59 STAT 237 §2. Was it considered a direct obligation of value by your institution? Is Federal Reserve operating 10 appendix 3 associated in any capacity with the aforementioned account and/or loan and/or security interest? If the answer is yes or no, please provide documentation and/or other evidence proving your asserted claim.

According to the Federal Reserve Act, as amended on March 9, 1933, promissory notes serve as collateral and security for a loan. How does your institution's handling of the promissory note align with these provisions?

### 3. Security Interest:

**Detail the nature of the "security interest" your institution claims in the promissory note.** How is this interest recorded and maintained? The act states that the promissory note is collateral backing Federal Reserve notes in their issuance and at the same time "the security associated" with any interest in the note itself, so how is it that you could have security interests in any other form of collateral, when the promissory note, "in no event shall be less than the total amount of the Federal Reserve notes applied for"? And that the "Federal Reserve Board of Governors... Shall issue Federal Reserve notes to the "US borrower" so applying, via the LOCAL FEDERAL RESERVE AGENT"'. see: THE MARCH 9Th 1933 ACT AND THE ASSOCIATED CONGRESSIONAL RECORD AS WELL AS THE FEDERAL RESERVE ACT section 16 paragraph 2, 4 for clarification.

The Federal Reserve Act's specification that promissory notes are acceptable as collateral, how does your institution establish and assert a security interest in the promissory note?

4. **Alterations to the Promissory Note:**

Were any alterations, markings, or endorsements made to the promissory note after the borrower's signature was notarized? If yes, please specify what alterations were made and under what authority. As everyone is presumed to know, a promissory note is not a contract in a general sense, but an affidavit, whereby a borrower is attesting and promising, guaranteeing payment. There is no provision in any law that I have seen, whereby someone can alter a notarized affidavit. If you have evidence to the contrary please provide facts and conclusions of law in support of your response.

Considering that a notarized promissory note operates similar to a jurat, constituting an attested affidavit, how does your institution ensure that the integrity of the affidavit is not compromised through alterations? And did you at any time notify the notary and/or the US borrower as identified in the note of such alterations prior to and/or subsequent the alteration?

How do you justify any post-signature alterations to the promissory note without compromising its integrity and the notarized signature? Please explain the legal basis upon which your institution may alter a notarized promissory note without invalidating it as an affidavit.

5. **Issuance and Application of Federal Reserve Notes:**

How does the Federal Reserve Act as well as your institution interpret the capacity of "any" Federal Reserve Bank" to apply for Federal Reserve notes with promissory notes as collateral, as outlined in the Federal Reserve Act and its amendments? For the act is very specific, Federal Reserve act section 1 subsection 1 - 3, specifically highlighting:

**Section 1. Short title and definitions**

1. Short title

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, the short title of this Act shall be the "Federal Reserve Act." [Part of original Federal Reserve Act; not amended.]

2. Definition of "bank"

Wherever the word **"bank"** is used in this Act, the word shall be held to include State bank, banking association, and trust company, **except where national banks or Federal reserve banks are specifically referred to**.

[Part of original Federal Reserve Act. As amended by act of Oct. 13, 2006 (120 Stat. 2001).]

3. Definitions of other terms

… The term "member bank" shall be held to mean any national bank, State bank, or **bank**…

The Federal Reserve act when it refers to, "any Federal Reserve Bank" it does not specifically exclude any person engaged in the business of banking as authorized by "THE CHECK 21ST ACT", and PRESIDENTIAL PROCLAMATION 2039 definition for "banking institutions"? As confirmed by THE FEDERAL RESERVE OPERATING CIRCULAR NUMBER 10 APPENDIX NUMBER 3 where it identifies the purpose of the application, "for US borrowers seeking capacity""?

In the context of the "loan" in question, did your institution consider or treat the U.S. borrower as equivalent to "any Federal Reserve Bank" for the purpose of applying for Federal Reserve notes, per the broad interpretation of the Federal Reserve Act?

"APPENDIX 3: APPLICATION PACKAGE FOR U.S. BORROWERS - U.S. Borrowers desiring capacity to request to borrow funds from their local Federal Reserve Bank should submit the following documents, forms of which are included in this appendix:

1. Letter of Agreement

2. Certificate Authorizing Resolutions

3. Official OC-10

4. Authorization List

Before submitting such documentation, a Borrower should consult with its Reserve Bank for any special instructions."

"To the Federal Reserve Banks: Below are the names, titles and signatures of the individuals authorized to pledge collateral to/request to borrow money from the Federal Reserve Banks on behalf of the Borrower identified above."

6. **Documented Evidence of Collateral Valuation**:

Can you provide documented evidence of how the promissory note was valued as collateral upon your acceptance of a "deposit" to your account for the issuance of Federal Reserve notes or for the loan? As the Federal Reserve act section 16 specifically holds that the promissory note is "**Under the Federal Reserve Act obligations that are deposited as the security and gold for reserve notes are placed in the hands of the Federal Reserve agent.**" "This provision is for the issuance of Federal Reserve ... notes; and the security back of it is the obligations, notes, drafts, bills of exchange, bank acceptances, outlined in the section..."

What procedures does your institution follow to assess the value of promissory notes when used as collateral, in compliance with the Federal Reserve Act's requirements?

7. **Compliance with Federal Reserve Act Provisions**:
How does your institution ensure compliance with the specific provisions of the Federal Reserve Act, particularly those related to the use of promissory notes as collateral and security interest?

**Can you detail any internal policies or procedures** that directly relate to the handling, modification, and valuation of promissory notes in accordance with Federal Reserve Act amendments? *82 Stat 152, 153 and other applicable laws and/or principles of law for and of the United States of America!*

Without establishing, stating, or attempting to bring forth the presumption or an argument that the official, the insurance company, the policy for the bond, conclusively and without convolution, made it clear, in no uncertain terms, that I at the time of signing I was engaging in a contractual agreement. Further, was it disclosed that I was waiving secured rights, and that I knowingly, and intentionally, and deliberately chose with intent to waive these rights?

### Disclosures and historical references not provided:

That Congress most assuredly under law, does not have the authority under the law to subjugate the American population in conjunction with the executive branch, as identified by the Senate committee on the termination of national emergencies, to subject my person to the loss of my rights, my property whereby they have stated:

"Under the new law the money is issued to the banks in return for Government obligations, bills of exchange, drafts, notes, trade acceptances, and banker's acceptances. The money will be worth 100 cents on the dollar because it is backed by the credit of the Nation. It will represent a mortgage on all the homes and other property of all the people in the Nation."

The law itself, in and of its own words, evidences the subjugation of the American people, giving the people no knowledge, no opportunity to know what the consequences of the actions were, because Congress stated, the bill was put through in a hurried way:

"The author of this bill seems to be unknown. No one has told us who drafted the bill. There appears to be a printed copy at the Speaker's desk, but no printed copies are available for the House Members. The bill has been driven through the House with cyclonic speed after 40 minutes' debate, 20 minutes for the minority and 20 minutes for the majority. I have demanded a roll call, but have been unable to get the attention of the Chair. Others have done the same, notably Congressman SINCLAIR, of North Dakota, and Congressman BILL LEMKE, of North Dakota, as well as some of our other Farmer-Labor Members. Fifteen men were standing, demanding a roll call, but that number was not sufficient; we therefore have the spectacle of the great House of Representatives of the United States of America passing, after a 40-minute debate, a bill its Members never read and never saw, a bill whose author is unknown. The great majority of the Members have been unable to get a minute's time to discuss this bill; we have been refused a roll call; and we have been refused recognition by the Chair."

The Congressional members was/were/are elected into office to represent the will of the people and not to follow rules. I do hereby challenge the constitutionality of the March 9, 1933 act, as it was admitted on the record, that there was no author of the bill, this was in complete disregard to the legislative process, the legislative process requires a bill to be introduced by a member of Congress, a member of the legislature, and it cannot be done in secret! It must go through committee, that this bill was documented on the record, as being rushed through and ignoring constitutional process.

The Senate committee on the termination of national emergency highlighted the fact that the president had extraordinary authority and total disregard for the normal constitutional processes! I.e.: this process was unconstitutional, which means, conclusively and with no uncertainty, that my rights have been violated along with millions of others as a result of an unconstitutional process, which is ongoing, documenting that the statute of limitation has not commenced the run because the overt acts continue during this BANKING HOLIDAY NATIONAL EMERGENCY so-called crisis!

"On the basis of that Committee's findings and recommendations,10 Congress in 1976 enacted the "National Emergencies Act." The Act repealed several statutory delegations of emergency powers and, in addition, imposed a number of controls on the President's exercise of emergency powers, as follows:

> "…(1) With one pertinent exception, it terminated "all powers and
> authorities possessed by the President, any other officer or employee
> of the Federal Government, or any executive agency, ... as a result of
> the existence of any declaration of national emergency in effect on
> September 14, 1976." The Senate Special Committee had found
> that not only President Roosevelt's 1933 proclamation of a national
> emergency but also a proclamation by President Truman and two by
> President Nixon were still extant."

Having identified 470 duly enacted statutory provisions granting emergency authorities, it directly pointed the finger back at itself as having created this "dangerous state of affairs," failing to have "establish[ed] effective means for the handling of emergencies" and having "transferred awesome magnitudes of power to the Executive without ever examining the cumulative effect of that delegation of responsibility -
**https://www.congress.gov/118/meeting/house/115858/witnesses/HHRG-118-PW13-Wstate-ThallamS-20230524.pdf**

"These proclamations give force to 470 provisions of Federal law. These hundreds of statutes delegate to the President extraordinary powers, ordinarily exercised by the Congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers, taken together, confer enough authority to rule the country without reference to normal constitutional processes."

Summary view of: STATUS OF EMERGENCY POWERS STATUTES A review of the laws passed since the first state of national emergency was declared in 1933, reveals a consistent pattern of lawmaking. It is a pattern showing that the Congress, through its own actions, transferred awesome magnitudes of power to the executive ostensibly to meet the problems of governing effectively in times of great crisis. Since 1933, Congress has passed or recodifies over 470 significant statutes delegating to the President powers that had been the prerogative and responsibility of the Congress since the beginning of the Republic."
https://ia902207.us.archive.org/24/items/senate-report-93-549/senate-report-93-549.pdf

Although United States Congress has said that THE PRESIDENTIAL PROCLAMATION 2039 had not been repealed, making following comment on March night 1933 during the thing session "…under this paragraph after the President has declared by proclamation that the emergency recognized by the President by proclamation of March 6, 1933, has terminated…" There is no evidence on the record of congressional otherwise or any library of any president, that the PRESIDENTIAL PROCLAMATION of March the 6th, 1933 has been terminated, in fact Congress notifies the world, that the act is still EXTANT. Definition for extant is:

**1. still existing; not extinct; not lost or destroyed. 2. Archaic. standing out; conspicuous.**

EXTANT definition in American English - Collins Dictionary

Merriam-Webster
https://www.merriam-webster.com › dictionary › extant

**The meaning of EXTANT is currently or actually existing.**

So, Congress did not make a mistake, military act, THE TRADING WITH THE ENEMY ACT, in effect in America, being utilized against Americans, we hold and the record proves that this is unconstitutional!

However, what I am here to do is to petition for redress of grievance, that my right to petition for redress of grievance regarding these issues has been denied my person. Denying the right to petition, denying me the right to reparation, denying me the right to correct the wrong, is in and of itself a chargeable offense! That these acts infringe upon my right to access a means of paying my debts, denying my person due process and the right to access commerce!

**"CONGRESS SHALL MAKE NO LAW" abridging my right to petition for redress of grievances; there can never be a law against my right to access the government via a petition.** The state constitution recognizes this right, the government acknowledges this right, and yet I was denied a right, and I have the right to bring forth this complaint, and this venue, because it is within the jurisdiction of this venue, and my right to be here. I do hereby object to any attempt to deny me the right to be here in this forum, under the monetary limit, so that some attorney can have its day in a venue that I am unfamiliar with, that was not created for my benefit or others like me! To attempt to move this matter to a different venue and or jurisdiction with a higher value, for the sake of depriving me of the right to stand present in a venue with relaxed rules, is to once again, subject my person to involuntary servitude, to commandeer my rights, and convert them to a meager privilege of symbolically accessing the court.

SUMMARY

I simply bring forth my claim as stated above, exercising my right to petition for redress of grievance, that my right to petition for redress of grievance was hampered, hindered, blocked, denied without due process of law. As a result I have a right to file a claim against the insurance bond of the party thus violating my rights, for the issues listed above within their context, who is required to have liability insurance. The liability insurance laws of the state require that they furnish proof of insurance upon demand when requested by a potential claimant and/or injured party who alleges damage and/or injury.

The insured, the client of the defendant, failed to provide such information, and therefore, this amounts to willful intent by all parties, a failure to act while having a duty to act, as it is common knowledge and presumably part of the policy between the insurance company and this individual, that they are required to produce this information, and failure to do so could result in termination of the policy.

**And therefore, as stated above, this is not a claim against the officials themselves, but against the policy of liability insurance and the insurance company being held liable for the conduct of its agent![6]**

**PRAYER FOR RELIEF Request for Damages:**

**Petitioner respectfully requests the following from the Court:**

a. A declaration that the practice of charging interest on loans under the framework of fractional reserve banking, in light of the unrevoked Presidential Proclamation 2039, is unlawful. Evidencing the fact, that when a financial institution, fractional reserves, they are creating a capital gain as defined in law! And because the gain is directly associated with the property of the petitioner and others like him, they must credit the account as a result of the gains directly related to the properties associated with the "US borrower".

---

[6] State Farm Mutual Automobile Insurance Co. v. Delaney, 115 So. 3d 708 (Fla. Dist. Ct. App. 2013) - In this case, the court held that an insurance company could be held liable for the conduct of the insured when the insured failed to provide proof of insurance after being involved in an accident. The court emphasized that the duty of the insured to provide proof of insurance extends to situations where the failure to do so results in harm to third parties.

Hodges v. Johnson, 332 S.W.3d 372 (Mo. Ct. App. 2011) - In this Missouri case, the court ruled that an insurance company could be held liable for the conduct of the insured when the insured failed to provide proof of insurance following an accident. The court held that the failure of the insured to fulfill their duty to provide proof of insurance could result in liability for both the insured and the insurance company.

Garcia v. State Farm Mutual Automobile Insurance Co., 157 Cal. App. 4th 429 (Cal. Ct. App. 2007) - In this California case, the court held that an insurance company could be held liable for the conduct of the insured when the insured failed to provide proof of insurance after an accident. The court emphasized that the duty of the insured to provide proof of insurance is a fundamental aspect of insurance coverage, and the failure to fulfill this duty could result in liability for both the insured and the insurance company.

These cases illustrate that when there is a duty on the insured to provide proof of insurance after an accident, the insurance company may be held liable for the insured's failure to fulfill this duty, particularly when such failure results in harm to third parties.

(These financial institutions, take the monies received from the Federal Reserve, and fractional reserve, remember, the monies received are on behalf of the borrower, they are making interest and gains that they are not accounting for on the record that's directly associated with the property of another, unlawful, disingenuous, contrary to the agreement between the parties, deceitful and must be documented as such).

b.  Injunctive relief prohibiting Defendants from continuing to engage in such practices, and to readjust the books of the dual entry bookkeeping so that the record is clear.

## DAMAGES CLAIMED

**Damages in an amount to be determined for the unlawful interest charged to Petitioner, along with any other relief the Court deems just and equitable.**

As a direct consequence of the Defendants' actions, I seek compensatory damages in the amount of $50,000  to address the substantial harm inflicted and damages caused my person by failing to provide information resulting in a denial of access, a denial of right to petition, and a denial of redress via filing a claim with the insurance company, and this petition is limited to the matters pertaining herein within the context presented. Additionally I require relief of all claims made by the defendant, or associates parties for alleged debt not proven as indicated above, and release of all security interests claimed against me.

**I thank the court for acknowledging my right to bring forth such a claim and for their expertise in rendering a just and fair decision. I present this affidavit as wholly accurate and duly attested, based on first-hand knowledge and/or facts, and that a copy of this presentment has been mailed via first-class mail and/or delivered by other lawful means** as cognizant in law.

I hereby certify that the aforementioned is witnessed by and before God on this, Click or tap to enter a date., so help me God, and this statement serves as verification and validation of the aforementioned facts and attestments, so help me God!"

<u>**/s/Fredric Darnell Travis**</u>
Fredric Darnell Travis, sui juris
Executor and sole beneficiary of
FREDRIC DARNELL TRAVIS Trust
Without Recourse
3320 Indiana Ave
Joplin, MO 64804
417-658-6332
dapeppaboy@yahoo.com