JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Fredric Darnell Travis ;
**County of Residence:** Jasper County

**Defendant(s):**

First Listed Defendant:
JOPLIN METRO CREDIT UNION ;
**County of Residence:** Outside This District

Additional Defendants(s):
CHRISTI MOOREHOUSE ;
BONDS FOR JMCU AND MOOREHOUSE (DOE 1) ;

**County Where Claim For Relief Arose:** Newton County

**Plaintiff's Attorney(s):**

**Defendant's Attorney(s):**

**IFP REQUESTED**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 480 Fair Credit Reporting Act or Fair Debt Collection Practices Act

**Cause of Action:** 15 USC 1601 - 1677, and 1681.UCC 9, etc. The credit union executed a breach of contract and fiduciary duties by misrepresenting a consumer credit transaction by means of fraud just to enrich themselves which caused great damage to the Plaintiff.

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** Unknown

**Jury Demand:** Yes

**Related Cases:** IS a refiling of case number 3:25-cv-05081-MDH, assigned to Judge Harpool

**Signature:** Travis, Fredric Darnell

Case 3:25-cv-05103-MDH    Document 1-5    Filed 12/08/25    Page 1 of 2

**Date:** 12-04-2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.