Fredric Travis
c/o 3320 Indiana Ave
Joplin, Mo 64804

**CERTIFIED MAIL®**



9589 0710 5270 1510 8789 71

**Retail**



UNITED STATES
POSTAL SERVICE®

**RDC 99**



65806

U.S. POSTAGE PAI
FCM LG ENV
JOPLIN, MO 64801
DEC 04, 2025

**$12.98**

S2324M505020-15

REC'D DEC 08 2025

Clerk of Court
United States Courthouse
222 N. John Q. Hammons Park
Springfield, MO 65806